■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISRAEL MEDINA, Appellant. — Judgment of the Supreme Court, Kings County (Kooper, J.), rendered February 23, 1983, affirmed.

We have considered defendant's contentions and find them to be without merit. Titone, J. P., Bracken, Niehoff and Rubin, JJ., concur.